# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | 18 U.S.C. § 922(g)(1) |
| JAMES E. GIBSON, | 18 U.S.C. § 924(a)(2) |
| Defendant. | **INDICTMENT** |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 FEB 24 PM 2:23
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Prohibited Person in Possession of a Firearm)

On or about May 19, 2021, in the Southern District of Ohio, the defendant, **JAMES E. GIBSON,** knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Ruger EC9s handgun, serial number 456-02697, said firearm having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

s/Foreperson_____
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
ELIZABETH A. GERAGHTY (0072275)
S. COURTER SHIMEALL (0090514)
Assistant United States Attorney